# United States Court of Appeals
## For the First Circuit

No. 18-1347

INDUSTRIA LECHERA DE PUERTO RICO, INC.,

Plaintiff-Appellant,

v.

RAMÓN GONZÁLEZ BEIRÓ in his official capacity as ACTING
SECRETARY OF THE PUERTO RICO DEPARTMENT OF AGRICULTURE; JORGE
CAMPOS MERCED, in his official capacity as ADMINISTRATOR OF THE
PUERTO RICO MILK INDUSTRY REGULATORY OFFICE,

Defendants-Appellees, and

SUIZA DAIRY, CORP.; VAQUERÍA TRES MONJITAS, INC.,

Intervenor-Defendants, Intervenor-Appellees.

**ERRATA SHEET**

The opinion of this Court issued on March 1, 2021, is amended
as follows:

On page 12, line 17, replace "reign" with "rein"